JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BARRETT, an individual, | 8:13-cv-01413-JVS-RNB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NOLAN GREENUP, et al., | |
| Defendants. | |

   This action came on for hearing before the Court, on July 27, 2015, Hon. James V. Selna, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

1      **IT IS ORDERED AND ADJUDGED** that Plaintiff John Barrett take
2 nothing, that judgment on the merits be entered in favor of Defendants Nolan
3 Greenup, Jose Rosales, and Peter Dupree, and that Defendants recover costs.

7   DATED: July 31, 2015        _____
                                           The Honorable James V. Selna
                                           United States District Judge